# MANDATE

SDNY- NYNY
04-cr-664
GRIESA

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square 40 Centre Street, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): 09-1974-cr

Caption [use short title]

Motion for: Jose Reyes-Rodriguez, Appellant

USA v Beato (Reyes-Rodriguez)

Set forth below precise, complete statement of relief sought:
Motion to Withdraw Notice of Appeal.

*[Stamp: UNITED STATES COURT OF APPEALS FILED JUN 11 2009 Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT]*

**MOVING PARTY:** Jose Reyes-Rodriguez
☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** AUSA Loyaan Egal

**MOVING ATTORNEY:**
[name of attorney, with firm, address, phone number and e-mail]
Richard Palma, Esq.
381 Park Avenue South, Suite 701,
N.Y., N.Y. 10016
(212) 686-8111
e-mail: rpalma@verizon.net

**OPPOSING ATTORNEY** [Name]:
[name of attorney, with firm, address, phone number and e-mail]
Loyaan Egal, AUSA
Office of the United States Attorney for SDNY
One Saint Andrew's Plaza
New York, N.Y. 10007
(212) 637-2200
e-mail: Loyaan.Egal@usdoj.gov

Court-Judge/Agency appealed from: Honorable Thomas P. Griesa, U.S.D.J.

Please check appropriate boxes:

Has **consent** of opposing counsel:

A. been sought?   ☐ Yes ☒ No
B. been obtained?   ☐ Yes ☒ No

Has service been effected?   ☒ Yes ☐ No
[Attach proof of service]

Is **oral argument** requested?   ☐ Yes ☒ No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been set?   ☐ Yes ☒ No
If yes, enter date:

Signature of Moving Attorney: /s/ Richard Palma   Date: June 11, 2009
Richard Palma, Esq.

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**
Has request for relief been made below?   ☐ Yes ☐ No

Has this relief been previously sought
in this Court?   ☐ Yes ☐ No

Requested return date and explanation of emergency:

### ORDER
IT IS HEREBY ORDERED that the motion is **GRANTED**. DENIED.

Date: 6/16/09
Form T-1080 (Revised 10/31/02)

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court
By: /s/ Judy
Judy Pisnanont, Motions Staff Attorney

*[Stamp: UNITED STATES COURT OF APPEALS FILED JUN 18 2009 Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT]*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by: /s/ M. Rollin

CERTIFIED: 6/16/09

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JUN 19 2009]*